ACCEPTED
06-15-00041-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
10/8/2015 3:17:36 PM
DEBBIE AUTREY
CLERK

**CASE NO. 06-15-0041-CV**

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
10/8/2015 3:17:36 PM
DEBBIE AUTREY
Clerk

**IN THE
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS**

*GEARY H. LEE V. ELIZABETH DEANNE HOLOUBEK, f/k/a ELIZABETH DEANNE LEE*

**MOTION FOR EXTENSION OF TIME FOR FILING
BRIEF ON APPEAL**

**JOE SHUMATE
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant, Geary H. Lee**

**MOTION FOR EXTENSION OF TIME FOR FILING
BRIEF ON APPEAL**

**TO THE HONORABLE COURT:**

COMES NOW Geary H. Lee, Appellant in the above-styled and numbered cause, by and through his attorney of record, and pursuant to Rule 10.5(b)(3) of the

Texas Rules of Appellant Procedure, files this his Motion for Extension of Time for Filing of a Brief on Appeal, and in support of same would respectfully show unto the Court as follows:

1.      The time for filing the Brief on Appeal in this case is the 16th day of October, 2015.  This extension, Appellant's first motion to extend the time for filing the Brief on Appeal with the Clerk of this Court, is filed not for delay, but so that justice may be done.

2.      Counsel for Appellant has been involved in numerous trials since the notice of appeal filed herein, the parties attempted to settle the matter after the initial filing of the appeal, and has had insufficient time and opportunity to prepare the Appellate Brief herein and therefore would request the Court grant an  extension of the briefing deadline of forty-five (45) days.

3.      The attached affidavit of Joe Shumate for Appellant herein, is offered in support of this motion.

WHEREFORE, Appellants request that:

1.      The Clerk of this Court give notice of this motion to Appellee, by and through her attorney of record;

2.      This Court grant Appellant's motion;

3.      This Court extend the time for filing said Brief on Appeal to the 15th day of November,  2015.

Respectfully submitted,

LAW OFFICE OF JOE SHUMATE

BY _____

Joe Shumate
State Bar No. 18327500
107 North Main Street
P. O. Box 1915
Henderson, Texas 75653-1915
(903) 657-1416
(903) 655-8211
Attorney for Appellant

## Certificate of Service

I certify that a true copy of the above was served on each attorney of record or party in accordance with the Texas Rules of Civil Procedure on October 8, 2015.

_____

Joe Shumate

# AFFIDAVIT

**STATE OF TEXAS**     §
                       §
**COUNTY OF RUSK**     §

On this day personally appeared Joe Shumate, who after being by me first duly sworn, did depose and state that the facts and allegations set out in the above and foregoing Motion to Extend Time for Filing of Brief on Appeal are within his personal knowledge and belief and are true and correct.

_____
Joe Shumate

SUBSCRIBED AND SWORN TO BEFORE ME this the 8th day of October, 2015 by Joe Shumate, to certify which witness my hand and seal of office.

_____
Notary Public, State of Texas